SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
Summer.Johnson@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:24-cv-00486-CDS-BNW |
| Plaintiff, | **Stipulation and Order to Schedule a Judicial Settlement Conference** |
| v. | |
| Michael Mall, M.D., | |
| Defendant. | |

    Pursuant to Local Rules IB 1-7(b) and LR 16-5, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court set this matter for a judicial settlement conference, or such other alternative means of resolution as the Court may deem appropriate. The parties request that the conference be scheduled on October 20, 2025 or the first available date convenient for the Court after October 20, 2025, in order to allow the United States sufficient time to obtain the necessary settlement authorizations.

    The parties further stipulate and agree that all current scheduling order deadlines be vacated. In the event this matter is not resolved at the settlement conference, the parties will submit a proposed updated scheduling order within thirty (30) days following the conclusion of the settlement conference.

    This stipulation and request are made in good faith and not for the purpose of delay, but rather to promote judicial economy and efficiency by allowing the parties to focus their

efforts on a potential resolution of the case, while preserving sufficient time to resume litigation if settlement is not achieved.

     Respectfully submitted this 25th day of August 2025.

| CHESNOFF & SCHONFELD | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| */s/ Richard Schonfeld, Esq.*<br>RICHARD SCHONFELD, ESQ.<br>Nevada Bar No. 6815<br><br>*Attorney for Defendant* | */s/ Summer A. Johnson*<br>SUMMER A. JOHNSON<br>Assistant United States Attorneys<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* |

## ORDER

The clerk of court is directed to assign a random magistrate judge for the purpose of setting and conducting a settlement conference.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 27, 2025